# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL WAYNE CREEL, JR.

NO. 2020 KW 0221

**MARCH 03, 2020**

---

In Re:   Michael Wayne Creel, Jr., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. J-2000194715.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT